UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHARLES H. BRADFORD** | **CIVIL ACTION NO. 14-0496** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **UNITED STATES OF AMERICA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**ORDER**

Pending before the Court is a pleading filed by Charles H. Bradford, pro se, on March 5, 2014, which the Court has construed as a motion for a temporary restraining order [Doc No. 1]. A party seeking a temporary restraining order must demonstrate by a clear showing: (1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable harm if the injunction is not granted; (3) that the threatened injury to the movant outweighs any harm to the nonmovant that may result from the injunction; and (4) that the injunction will not undermine the public interest. *See Canal Authority of the State of Florida v. Callaway*, 489 F.2d 567, 572-73 (5th Cir.1974). Mr. Bradford's motion is deficient in that he does not demonstrate specific facts clearly showing that immediate and irreparable injury will result to him in the absence of a temporary restraining order, as required by Federal Rule of Civil Procedure 65. Additionally, the Court finds that he has not made a clear showing that he has a substantial likelihood of success on the merits. Mr. Bradford may still pursue his claim for money damages.

Therefore, IT IS ORDERED that the motion [Doc No. 1] is DENIED.

MONROE, LOUISIANA, this 6th day of March, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE