UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| CHARLES BRADFORD | * | CIVIL ACTION NO. 14-0496 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| UNITED STATES, ET AL | * | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Stephen Katz's Motion to Dismiss [Doc. No. 9] is **GRANTED** and this suit is dismissed with prejudice as to all Defendants for lack of jurisdiction.

**IT IS FURTHER ORDERED** that all remaining motions are **DENIED AS MOOT.**

THUS DONE AND SIGNED this 26th day of August, 2014, at Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE